EDWARD P. BATES, Respondent, *v.* SALT SPRINGS NATIONAL BANK of Syracuse et al., Appellants, et al., Respondents.

(Submitted February 1, 1897; decided February 9, 1897.)

MOTION to prefer, under subdivision 7, section 791 of the Code of Civil Procedure, on the ground that a defendant and appellant is a banking institution.

*Wilson & Forbes* for motion.

Motion denied, with ten dollars costs.

---

LORENZ REICH, Appellant, *v.* WILLIAM F. COCHRAN, Respondent.

(Submitted February 1, 1897; decided February 9, 1897.)

MOTION for reargument denied, with ten dollars costs. (See 151 N. Y. 122.)

---

CHARLES W. LITTLE, Appellant, *v.* A. BLEECKER BANKS, Respondent.

*Little* v. *Banks*, 77 Hun, 511, affirmed.
(Argued January 25, 1897; decided February 12, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the third judicial department, entered November 2, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

*E. Countryman* for appellant.

*Simon W. Rosendale* for respondent.

Order affirmed and judgment absolute ordered for defendant, with costs; no opinion.

All concur, except ANDREWS, Ch. J., not voting.